**MADE JS-6**

GEORGE G. WEICKHARDT (SBN 58586)
Email: gweickhardt@rmkb.com
WENDY C. KROG (SBN 257010)
Email: wkrog@rmkb.com
CHRISTOPHER W. VINCENT (SBN 227021)
Email: cvincent@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Plaintiff
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE BANK USA, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>TOM S. POKAVAT, TAGOUI DANIELYAN, ALIS GEVORGYAN, ARMEN VAHANYAN, HAKOP GEVORGYAN, SARGIS GEVORGYAN, and VARDA MNATSAKANYAN,<br><br>Defendants. | Case No. 10-CV-4435 GW (JCx)<br><br>**REVISED JUDGMENT** |

    Plaintiff Chase Bank USA, N.A.'s application for default judgment by the Court against defendants Tom S. Pokavat, Tagoui Danielyan, Alis Gevorgyan, Armen Vahanyan, Hakop Gevorgyan and Sargis Gevorgyan, and Varda Mnatsakanyan ( the "Defendants"), having duly come on for hearing, and good cause appearing therefor,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that default judgment is entered against the Defendants as follows:

    1.    The Court specifically declares and adjudges that the information

Chase furnished to the credit reporting agencies on each of the Defendants is accurate; that the Defendants are responsible for the valid obligations on their credit card accounts; that the amounts appearing on the billing statements sent to each defendant are accurate and valid; and that Chase's investigations of each of the Defendants' "disputes" was correct in finding each responsible for their corresponding accounts.

2.   With respect to the Defendants, the Court specifically declares and adjudges Chase did not violate 15 U.S.C. § 1681s-2(b).  In order to trigger liability under section 1681s-2(b), Chase must first receive a notice of dispute from a credit reporting agency.  No such notice of dispute was ever received.

3.   With respect to the Defendants, the Court specifically declares and adjudges Chase has not violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

Dated: November 1, 2010

_____
THE HON. GEORGE H. WU